# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE PEREZ PRIMERA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION CENTER,<br><br>Respondent. | Case No. 1:26-cv-05886-JLT-EPG-HC<br><br>ORDER GRANTING RESPONDENT'S MOTION TO DISSOLVE, VACATING NO-TRANSFER ORDER, AND DIRECTING RESPONDENT TO FILE STATUS UPDATE WITHIN THIRTY DAYS<br><br>(ECF Nos. 6, 8) |

Petitioner is an immigration detainee proceeding *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner is a citizen of Venezuelan who entered without inspection in 2023, was placed in removal proceedings, failed to appear for his September 19, 2024 removal hearing, and was ordered removed *in absentia*. (ECF No. 7-1 at 1–2, 7–9[1]; ECF No. 7-2.) Petitioner has never moved to reopen or otherwise challenge that order. (ECF No. 7 at 1.)

On July 27, 2026, Petitioner filed a petition for writ of habeas corpus. (ECF No. 1.) On July 29, 2026, the undersigned ordered that Respondent not transfer Petitioner out of this district pending a decision on Petitioner's habeas petition. (ECF No. 6.) On September 22, 2026, Respondent moved to dissolve the Court's no-transfer order because the "Court entered its order

[1] Page numbers refer to the ECF pagination stamped at the top of the page.

before learning Petitioner is subject to a final order of removal who can be removed" and "[n]o other legal impediment to removal appears in the record." (ECF No. 8 at 1.) The declaration of a deportation officer submitted by Respondent states that "ICE intends to remove petitioner to Venezuela" and "ERO is in possession of petitioner's cedula, as well as other identity documents. However, a travel document is not required for petitioner's removal via charter or commercial flight. ERO anticipates petitioner can be scheduled for a removal flight within a month." (ECF No. 8-2 at 2.)

Accordingly, the Court HEREBY ORDERS that:

1. Respondent's motion to dissolve (ECF No. 8) is GRANTED;
2. The Court's order prohibiting Petitioner's transfer (ECF No. 6) is VACATED; and
3. Within **THIRTY (30) days** of the date of service of this order, Respondent SHALL FILE an update regarding Petitioner's custody status.

IT IS SO ORDERED.

Dated: **October 9, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE